IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                     Cr. No. 03-20229-D

ALFRED JENKINS,

    Defendant.

## ORDER REVOKING SUPERVISED RELEASE

IT APPEARING TO THIS COURT, THAT, upon the filed petition of the U.S. Probation Office, the guilty plea to count one of the violation, statements of the defendant, and upon the entire record in this cause, that the Petition to Violate Defendant's supervised release is well-taken, and should be granted. Further, the Defendant is to be sentenced to Time Served for this violation, and that he shall be placed back on supervised release until the original expiration date. All of the previous conditions of supervised release are to be imposed.

IT IS SO ORDERED

*[signature]*
HONORABLE BERNICE B. DONALD
DATE: April 26, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-27-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:03-CR-20229 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT