UNITED STATES DISTRICT COURT
for
WESTERN DISTRICT OF TENNESSEE

FILED BY ____ D.C.
05 JUL 29 AM 11:10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U. S. A. vs. Alfred Jenkins

Docket No. 2:03CR20229

03-20229

## Petition on Probation and Supervised Release

COMES NOW __Dawn L. Brown__, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Alfred Jenkins__, who was placed on supervision by the Honorable __Bernice B. Donald__ sitting in the Court at __Memphis__, TN on the 15th day of __January, 2004 *__, who fixed the period of supervision at __four (4) years__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall participated in a program (out patient/in patient) for narcotic addiction, drug or alcohol dependency, including testing for substance abuse. The defendant shall contribute to the costs of services of such treatment, in an amount to be determined reasonable by the Probation Officer.
2. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, of making an obligation for any major purchases in excess of $500.00 without the approval of the Probation Officer.
3. The defendant shall provide the Probation Officer with access to any requested financial information.
4. The defendant shall seek and maintain lawful full-time employment.
5. The defendant shall pay restitution in the amount of $22,089.71. (Balance $ 22,089.71)

\* Original term of Supervised Release began on October 14, 2004. Supervision was revoked on April 26, 2005, with a sentenced of Time Served and a forty-eight (48) month term of Supervised Release to follow. All previously imposed Special Conditions were re-imposed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

When originally sentenced, Alfred Jenkins was ordered to pay restitution in the amount of $22, 089.71. After reviewing Mr. Jenkins monthly income and necessary expenses, it was determined that a payment plan requiring ten percent (10%) of his gross monthly income would be appropriate.

**PRAYING THAT THE COURT WILL ORDER** that Alfred Jenkins restitution payments be set at ten percent (10%) of his monthly gross income.

**ORDER OF COURT**

Considered and ordered this 28 day of July, 2005, and ordered filed and made a part of the records in the above case.

Bernice B. Donald
United States District Judge

Respectfully,

Dawn L. Brown
United States Probation Officer

Place: Memphis, Tennessee

Date: July 25, 2005

This document entered on the docket sheet In compliance with Rule 55 and/or 32(b) FRCrP on 8-1-05

(53)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:03-CR-20229 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT