UNITED STATES DISTRICT COURT
*Western District of Tennessee*

FILED BY ~~/~~ D.C.

05 NOV -4 PM 4:21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, MEMPHIS

United States of America

v.

**ALFRED JENKINS**

**ORDER HOLDING PROBATIONER FOR REVOCATION HEARING**

Case Number: 03-20229-D

On November 4, 2005, the defendant appeared before me on a charge of violation of the terms and conditions of his supervised release in this matter. At this hearing, the defendant WAIVED his right to a preliminary hearing. Thomas Colthurst, AUSA, representing the government, and Mary C. Jermann, defense attorney, representing the defendant, were present.

Accordingly, the defendant is held to a final revocation hearing before Judge Donald. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(2), and will see that appropriate notices are given. The defendant is remanded to the custody of the United States Marshal.

_____
*United States Magistrate Judge*

Date: November 4, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-7-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:03-CR-20229 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT