UNITED STATES DISTRICT COURT
Western District of Tennessee

FILED BY ___ D.C.
05 DEC 14 AM 9:46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

ALFRED JENKINS
    Defendant.

Case Number 2:03CR20229-01-D

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Alfred Jenkins, was represented by Doris Randle-Holt, Esq.

It appearing that the defendant, who was convicted on January 15, 2004, in the above styled cause and was placed on Supervised Release for a period of four (4) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **fourteen (14) months**.

Furthermore, no additional supervised release shall be imposed. However, Restitution Penalty stands as previously imposed.

The Court recommends that the defendant be designated to FPC Millington, or in the alternative, FCI Memphis.

The defendant is remanded to the custody of the United States Marshal.

Signed this the _14_ day of December, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 08/14/1966
U.S. Marshal No.: 19105-076
Defendant's Mailing Address: 2262 Gruber, Memphis, TN 38127

This document entered on the docket sheet in compliance with Rule 32 and/or 32(b) FRCrP on 12-14-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 2:03-CR-20229 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT